# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF | : | No. 2284 Disciplinary Docket No. 3 |
| | : | |
| ERNEST PAUL FRANCIS | : | Board File No. C1-16-466 |
| | : | |
| | : | (District of Columbia Court of Appeals, No. |
| | : | 15-BG-293) |
| | : | |
| | : | Attorney Registration No. 41031 |
| | : | |
| | : | (Out of State) |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2016, upon consideration of the responses to a Notice and Order directing Respondent to provide reasons against the imposition of reciprocal discipline, Ernest Paul Francis is suspended from the practice of law for a period of thirty days, the suspension is stayed in favor of a six-month probation, consistent with the Order of the District of Columbia dated April 28, 2016.